Edna STROBEL, as Administratrix of the Goods, Wares and Chattels of George Strobel, Deceased, Appellant, v. PANAMA RAILROAD COMPANY, Appellee.

No. 57.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Lavenburg & Lavenburg, of New York City (Arthur Lavenburg, of New York City, of counsel), for appellant.

Richard Reid Rogers, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.